705 A.2d 1213
IN THE MATTER OF JAMES R. LISA, AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on November 24, 1997, having filed with the Court its decision concluding that **JAMES R. LISA** of **JERSEY CITY**, who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects); and good cause appearing;

It is ORDERED that **JAMES R. LISA** is hereby suspended from the practice of law for a period of three months, effective March 24, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.